UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROY YOUNG | * | CIVIL ACTION NO: 2:23-cv-00707-GGG-EJD |
| VERSUS | * | |
| | | JUDGE: GREG G. GUIDRY |
| UNITED FINANCIAL CASUALTY COMPANY, KIP TRANSPORTATION, LLC, MARCELLUS KIPRUTO, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * | MAGISTRATE: EVA J. DOSSIER |

**********************************************************************

## JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Roy Young, and Defendants, United Financial Casualty Company, Kip Transportation, LLC, DoubleOne Logistics LLC, and Marcellus Kipruto, who submit this Notice of Settlement pursuant to Local Rule 16.4.

Plaintiff and Defendants have reached a settlement of this matter dismissing Plaintiff's claims against United Financial Casualty Company, Kip Transportation, LLC, DoubleOne Logistics LLC, and Marcellus Kipruto. To that effect, the parties request that a 60-day Order of Dismissal be entered by this Honorable Court as to United Financial Casualty Company, KIP Transportation, LLC, DoubleOne Logistics LLC, and Marcellus Kipruto.

**WHEREFORE,** Plaintiff's claims against United Financial Casualty Company, KIP Transportation, LLC, DoubleOne Logistics LLC, and Marcellus Kipruto in this mater have been settled and the parties hereby request that this Honorable Court enter a 60-day Order of Dismissal of all claims raised by Plaintiff against aforementioned Defendants.

*SIGNATURES AND CERTIFICATE OF SERVICE ON NEXT PAGE*

OUR FILE NO: 464.0391                                                 1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *s/ Lauren Pilié*_____ | *s/ William Q. Gurley, III*_____ |
| **LAUREN PILIÉ (#33928)** | **PATRICK D. DEROUEN (#20535)** |
| Morris Bart, LLC | **DORIS A. ORYCE (#33698)** |
| 601 Poydras Street, 24th Floor | **WILLIAM Q. GURLEY, III (#36487)** |
| New Orleans, Louisiana 70130 | DeRouen Law Firm |
| Telephone: (504) 599-3288 | 650 Poydras Street, Suite 1913 |
| Facsimile: (866) 808-8998 | New Orleans, Louisiana 70130 |
| lpilie@morrisbart.com | Telephone: (504) 274-3660 |
| *Attorney for Plaintiff, Roy Young* | Facsimile: (504) 274-3664 |
| | pderouen@derouenlaw.com |
| | droyce@derouenlaw.com |
| | wgurley@derouenlaw.com |
| | *Attorneys for Defendants, United Financial Casualty Company, Kip Transportation, LLC, DoubleOne Logistics LLC, and Marcellus Kipruto* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, a copy of the above and foregoing was served on all counsel of record by the electronic filing system/ECF.

*s/ William Q. Gurley*_____